# Keystone Podiatric Medical Associates
## Balance Sheet
### As of December 28, 2017

|  | Cash Basis | Dec 28, 17 |
|---|---|---|

**ASSETS**
- **Current Assets**
  - **Checking/Savings**
    - Business Depository- M&T 4294 — 832.74
    - Commercial Checking - M&T 5334 — 262.66
    - Mid Penn Bank DME Savings — 1,165.41
    - Mid Penn Checking Account — -93,893.00
    - Mid Penn Deposit Account — 9,678.51
  - **Total Checking/Savings** — -81,953.68
  - **Other Current Assets**
    - Employee Advances — 501.50
  - **Total Other Current Assets** — 501.50
- **Total Current Assets** — -81,452.18
- **Fixed Assets**
  - Accumulated depreciation — -637,737.68
  - Leasehold improvements — 54,380.55
  - Office equipment — 250,081.87
  - Prop & equip - Medical — 289,113.08
  - Vehicles — 120,375.10
- **Total Fixed Assets** — 76,212.92
- **Other Assets**
  - Accumulated amort-goodwill — -94,228.84
  - Goodwill-Schake — 109,329.64
  - Goodwill - Faerber — 6,000.00
  - Security deposit — 2,950.00
- **Total Other Assets** — 24,050.80
- **TOTAL ASSETS** — **18,811.54**

**LIABILITIES & EQUITY**
- **Liabilities**
  - **Current Liabilities**
    - **Credit Cards**
      - Capital One 2163/6194 — 8,762.50
      - Capital One Card 9702/9377 — 16,793.00
      - Mid Penn-5207 — 6,953.25
      - Mid Penn Bank Credit Card 2162 — 5,036.91
      - Sam's Club Credit Card — 7,730.35
      - Sunoco Corporate Card — 377.07
    - **Total Credit Cards** — 45,653.08
    - **Other Current Liabilities**
      - General Insurance Financing Pay — 748.52
      - Loan Payable Carmen & Nancy Mus — 35,762.50
      - LOC M&T Overdraft Protection — 9,885.00
      - Med Mal Ins Financing Payable
        - Dr Beideman Med Mal Ins Payable — 1,585.07
        - Dr Hinton Med Mal Ins Payable — 2,290.60

# Keystone Podiatric Medical Associates
## Balance Sheet
### As of December 28, 2017

|  | Cash Basis | Dec 28, 17 |
|---|---|---:|
| | Dr Hoppes Med Mal Ins Payable | 2,100.77 |
| | Dr Rogers Med Mal Ins Payable | 11,615.98 |
| | Dr Schake Med Mal Ins Payable | 1,117.35 |
| | Dr Sweeley Med Mal Ins Payable | 2,555.09 |
| | Dr Yarger Med Mal Ins Financin | 84.18 |
| | KPMA Med Mal Ins Payable | -522.17 |
| **Total Med Mal Ins Financing Payable** | | 20,826.87 |
| **Mid Penn Line of Credit** | | 209,544.52 |
| **Payroll Liabilities** | | |
| | Futa | 21.33 |
| | Local Services Tax | 280.00 |
| | Local Tax Withheld | 4,401.66 |
| | Pa State Unemployment | |
| |    Pa Suta Company | 248.81 |
| |    Pa Suta Employee | 213.48 |
| | **Total Pa State Unemployment** | 462.29 |
| **Total Payroll Liabilities** | | 5,165.28 |
| **Sales tax payable** | | |
| | Use Tax Payable | 94.33 |
| **Total Sales tax payable** | | 94.33 |
| **Shareholders Payable** | | 159,233.12 |
| **Total Other Current Liabilities** | | 441,260.14 |
| **Total Current Liabilities** | | 486,913.22 |
| **Long Term Liabilities** | | |
| | Capital Lease -Dig.Xray Equip | 1,696.53 |
| | Loan Payable -Milligan (2) | 60,000.00 |
| | Mid Penn Digital XRay Loan Paya | 7,420.86 |
| | Ultrasound Equip Capital Lease | 15,812.43 |
| **Total Long Term Liabilities** | | 84,929.82 |
| **Total Liabilities** | | 571,843.04 |
| **Equity** | | |
| | Common stock | 1,000.00 |
| | Retained Earnings | -615,041.24 |
| | Net Income | 61,009.74 |
| **Total Equity** | | -553,031.50 |
| **TOTAL LIABILITIES & EQUITY** | | **18,811.54** |